**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
(973) 360-7900 (Phone)
(973) 301-8410 (Facsimile)
Philip R. Sellinger (PS-9369)
Laurie A. Poulos (LP-6897)
Attorneys for Plaintiffs, Cellco Partnership d/b/a Verizon Wireless,
Telesector Resources Group, Inc. d/b/a Verizon Services Group,
Verizon Data Services Inc., and Verizon Services Corp.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless, Telesector Resources Group, Inc. d/b/a Verizon Services Group, Verizon Data Services Inc., and Verizon Services Corp., | Civil Action No. 06-CV-05792 |
| Plaintiffs, | **PERMANENT INJUNCTION ON CONSENT AGAINST DEFENDANTS PDJ INVESTIGATIONS d/b/a 1ST SOURCE INVESTIGATIONS AND PATRICK BAIRD** |
| vs. | |
| Worldwide Investigations, Inc., DWC Research, Inc., SRG, Inc., John Strange, individually and as an officer of Worldwide Investigations, Inc., Toni A. Capen, individually and as an officer of DWC Research, Inc., Alan Sercy, individually and as an officer of SRG, Inc., William Sercy, an individual, Information Locate, Inc., Debra Robertson, individually and as an officer of Information Locate, Tommy Robertson, individually and as an officer of Information Locate, Inc., PDJ Investigations/1st Source Investigations, Patrick Baird, individually and as an officer of PDJ  Investigations/1st Source Investigations, John Doe No. 2 (a/k/a harley69@aol.com), John Doe No. 3 (a/k/a adwhitebird9@yahoo.com), John Doe No. 4 (a/k/a freefalling980@yahoo.com), and John Doe Nos. 5-50, | |
| Defendants. | |

**RECEIVED**

**DEC 1 8 2007**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**WHEREAS** Plaintiffs (collectively "Plaintiffs" or "the Companies") Telesector Resources Group, Inc. d/b/a Verizon Services Group, Verizon Data Services Inc., Verizon Services Corp. and Cellco Partnership d/b/a Verizon Wireless (collectively the "Verizon entities") brought this action against Defendants, seeking, among other relief, a permanent injunction enjoining Defendants, and any of their directors, officers, agents, servants, and employees, and those persons and entities in active concert or participation with them, from engaging in certain acts;

**WHEREAS** Defendants PDJ Investigations d/b/a 1st Source Investigations and Patrick Baird (collectively, the "Consenting Defendants") and Plaintiffs have consented to the entry of a permanent injunction against the Consenting Defendants, the terms of which are set forth below;

**IT IS** on this *17th* day of *DEC*, 2007

**ORDERED** that the Consenting Defendants and any of their officers, agents, servants, employees, and attorneys are hereby permanently enjoined from directly or indirectly:

    (i)    obtaining, or attempting, directly or indirectly, to obtain, from any of the Verizon entities personal data of the customer(s) of such entity, including, but not limited to, the customer's, name, number, address, social security number and/or telephone call records, through the use of any fraudulent method or device, including but not limited to:

        (a)    purchasing such information from the Verizon entity's employees;

        (b)    representing to an agent of the Verizon entity that that Defendant is an authorized customer in order to convince the agent to release the information;

Error! Unknown document property name.
NJ 226247840v1 7/17/2007

2

      (c)     accessing and/or gaining unauthorized Internet access to account data by improperly activating a customer's account on a Verizon or Verizon Wireless webpage; and

(ii)     obtaining, by any means, including by contracting with a vendor or other third-party, telephone call records of a customer of any Verizon entity, without the knowledge and consent of the customer; and

(iii)     providing telephone call records of a customer of any Verizon entity to anyone for any reason, without the knowledge and consent of the customer; and

(iv)     advertising that one or more of the Consenting Defendants can or will obtain telephone call records of a customer(s) of a Verizon entity, including but not limited to making such representations on any website; and

(v)     possessing any business records, containing personal data of a customer of any Verizon entity, which were obtained in a fraudulent manner as set forth above in (i)(a)-(c); and

(vi)     disposing of any business records, containing personal data of a customer of any Verizon entity, which were obtained in a fraudulent manner as set forth above in (i)(a)-(c), other than by returning such records to such Verizon entity; and

(vii)     engaging in any activity that is prohibited by the Telephone Records and Privacy Protection Act of 2006, 120 Stat 3568, P.L. 109-476 (HR 4709) (2007);

(viii)     assisting, aiding, abetting, or engaging in any transaction with any other person or business entity engaging in or performing any of the activities referred to in the above paragraphs (i) through (vii).

_____
HON. MARY L. COOPER, U.S.D.J.

**Error! Unknown document property name.**
NJ 226247840v1 7/17/2007

3

We hereby consent to the form and entry of the foregoing Order:

**GREENBERG TRAURIG, LLP**
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932-0677

By: _____
    Philip R. Sellinger
    Laurie A. Poulos
*Attorneys for Plaintiffs Cellco Partnership*
*d/b/a Verizon Wireless, Telesector Resources*
*Group, Inc. d/b/a Verizon Services Group,*
*Verizon Data Services Inc., and Verizon*
*Services Corp.*

**PDJ INVESTIGATIONS d/b/a 1ˢᵗ SOURCE**
**INVESTIGATIONS**

By: _____
    Name: _____
    Title: *President*

**PATRICK BAIRD**
Individually and as an officer
of PDJ Investigations d/b/a 1ˢᵗ Source
Investigations

_____

Error! Unknown document property name.
NJ 226247840v1 7/17/2007

4