UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CELLCO PARTNERSHIP, et al., | : | CIVIL ACTION NO. 06-5792 (MLC) |
| Plaintiffs, | : | **MEMORANDUM OPINION** |
| v. | : | |
| WORLDWIDE INVESTIGATIONS, INC., et al., | : | |
| Defendants. | : | |

**THE COURT** ordering the plaintiffs to show cause why the action should not be designated as closed (dkt. entry no. 43); and it appearing, upon review of the docket in this action, that all of the claims asserted against all of the defendants herein have been resolved (see dkt. entry nos. 18-20, 35-36, 40-42 (consent judgments and stipulations)); and

**THE PLAINTIFFS**, in response, stating that they:

> have reached settlements with each of the defendants in this matter.  Plaintiffs do not object to this action being designated as closed, but request that the Court retain jurisdiction to enforce compliance with the consent injunctions and with the terms of the settlement agreements entered into between Plaintiffs and each of the defendants in this action

(dkt. entry no. 44, Pls. Resp. to Order to Show Cause); and the Court thus intending to close the action under the terms

suggested by the plaintiffs; and for good cause appearing, the Court will enter an appropriate order.

                                                    s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge

**Dated:**  March 18, 2008